

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DOROTHY V. DENNIS          *
                           *
                           *   Civil No. JFM-00-2657
                           *
HELIX HEALTH, INC., ET AL. *
*****

ORDER

Upon consideration of plaintiff's motion for remand and defendant Strauss' opposition thereto, it is, this 4th day of October 2000

ORDERED

1. Plaintiff's motion for remand is granted;

2. This action is remanded to the Circuit Court for Baltimore City; and

3. Neither party is awarded costs.

J. Frederick Motz
United States District Judge